KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228/ Fax: (619)235-2757

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. Case No. 08-MJ-1161 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MOTION TO UNSEAL SPECIFIED DOCUMENTS FOR DISCOVERY PURPOSES |
| THOMAS V. SWIFT (D1), | | |
| KEVIN D. KENNEDY (D2), | ) | |
| ROBERT ROCCO (D3), | | |
| STEVEN ZUFALL (D4), | ) | |
| RUDY TIJERINA (D5), | | |
| JESSE SANDOVAL (D6), | ) | |
| KYLE KIMBREL (D7), | | |
| JORGE MORALES (D8), | ) | |
| JOSE RODRIGUEZ-PARRA (D9), | | |
| RANDY KENNEDY (D10), | ) | |
| GLENN SWIFT (D11), | | |
| GREGORY SWIFT (D12), | ) | |
| BRANDON GONZALEZ (D13), | | |
| | ) | |
| Defendants. | | |
| | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Stewart M. Young, Assistant United States Attorney, and hereby moves the Court for an order directing that in the above-captioned case, the applications, affidavits and search warrants attached thereto, as well as this motion and order, be unsealed for the purposes of providing discovery to the defendants.

1 | Furthermore, the Government further requests that these documents remain under seal, except
2 | for the purposes of providing discovery to the defendant, until further order of the Court.
3 | DATED: April 28, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Stewart M. Young
STEWART M. YOUNG
Assistant United States Attorney